75 F.2d 966 (1935)
MICHAEL et al.
v.
COMMISSIONER OF INTERNAL REVENUE.
No. 224.
Circuit Court of Appeals, Second Circuit.
March 4, 1935.
*967 *968 *969 *970 S. Wallace Dempsey, of Washington, D. C. (Thomas Dowd, of Salamanca, N. Y., of counsel), for appellants.
Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, John MacC. Hudson, and Ellis N. Slack, Sp. Assts. to Atty. Gen., for appellee.
Before L. HAND, SWAN, and CHASE, Circuit Judges.
PER CURIAM.
Decision affirmed on opinion below.